IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VALERO REFINING-TEXAS, L.P., and DIAMOND SHAMROCK REFINING AND MARKETING COMPANY, and DIAMOND SHAMROCK REFINING COMPANY, L.P., and SUNBELT REFINING COMPANY, L.P., | ) | |
| Plaintiffs, | ) | No. 03-1916C (Judge Firestone) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Pursuant to Rule 6 of this Court's Rules, defendant, the United States, respectfully requests the Court to enlarge by seven days, from October 14 to and including October 21, 2003, the due date for defendant's response to the complaint. This is our first request for this purpose. J. Keith Burt, counsel for plaintiff, informs us that plaintiff does not oppose this motion. Defendant intends to file a motion for partial summary judgment.

Defendant's counsel of record, Mr. Gillingham, was on travel for discovery in Cui v. United States, No. 00-339C (Fed. Cl.), and Chang v. United States, No. 01-495C (Fed. Cl.), from September 23 until October 7 and conducted appellate argument on October 10 in Christopher Village v. United States, No. 02-5188 (Fed. Cir.). In addition, most or all of his supervisors will be unavailable October 13 and 14 because of the Federal holiday and the Court of Federal Claims Judicial Conference in West Virginia.

Finally, in one of the cases similar to this one, Tesoro HI Corp., et al. v. United States, No. 704C (Fed. Cl.), the Court has directed the parties to submit statements of position regarding a possible interlocutory appeal. Defendant has requested an enlargement of time for that filing until October 17, and defendant's counsel must consult before that date with various Government officials regarding the Government's position on the issue.

CONCLUSION

Accordingly, we respectfully request that our motion for an enlargement of time of seven days, to and including October 21, 2003, for our response to the complaint be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Steven Gillingham by
Kyle Chadwick

STEVEN J. GILLINGHAM
Senior Trial Counsel
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 616-2311
Fax: (202) 353-7988

Attorneys for Defendant

OF COUNSEL:

BERNARD A. DUVAL
Counsel

HOWARD M. KAUFER
Assistant Counsel
Office of General Counsel
Defense Energy Support Center
Ft. Belvoir, VA

October 10, 2003

CERTIFICATE OF FILING

I certify that on October 10, 2003, this document was filed by means of the Court's electronic filing system. I understand that service upon opposing counsel will be accomplished through the Court's system.

s/Kyle Chadwick