**No. 03-1916C**
**(Filed: October 15, 2003)**

* * * * * * * * * * * * * * * * *

| | |
|---|---|
| | * |
| | * |
| **VALERO REFINING-TEXAS,** | * |
| **L.P., et al.,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |

* * * * * * * * * * * * * * * * *

**ORDER ON MOTION FOR EXTENSION TO TIME**

Defendant's unopposed motion, filed October 10, 2003, for an enlargement of time, within which to respond to plaintiff's complaint is **GRANTED**. Accordingly, defendant shall file its response by **Tuesday, October 21, 2003**.

**IT IS SO ORDERED.**

NANCY B. FIRESTONE
Judge