**No. 03-1916C**
**(Filed: October 16, 2003)**

*** * * * * * * * * * * * * * * * ***

**VALERO REFINING-TEXAS, L.P., et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

*** * * * * * * * * * * * * * * * ***

**ORDER ON MOTION FOR EXTENSION TO TIME**

Defendant's unopposed motion, filed October 10, 2003, for an enlargement of time, within which to respond to plaintiff's complaint is **GRANTED**. Accordingly, defendant shall file its response by **Tuesday, October 21, 2003**.

Further, due to a clerical error the order issued on October 15, 2003 (docket #7) is hereby **VACATED** .

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge