**No. 03-1916C**
**(Filed: October 21, 2003)**

*** * * * * * * * * * * * * * * * ***

| | |
|---|---|
| | * |
| | * |
| **VALERO REFINING-TEXAS,** | * |
| **L.P., et al.,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |

*** * * * * * * * * * * * * * * * ***

## STATUS CONFERENCE ORDER

The court hereby **SCHEDULES** a status conference for **Friday, October 24, 2003, at 10:30 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified shall be reached at the following telephone numbers: counsel for plaintiff at (202) 263-3000, counsel for defendant at (202) 616-2311, and agency counsel at (703) 767-5006.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge