**No. 03-1916C**
**(Filed: October 28, 2003)**

* * * * * * * * * * * * * * * * *

| | |
|---|---|
| **VALERO REFINING-TEXAS, L.P., et al.,** | * |
| **Plaintiffs,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * *

**SCHEDULING ORDER**

Pursuant to the status conference held on October 24, 2003, the court hereby **ORDERS**:

1) The parties shall submit a joint status report on November 7, 2003 outlining a proposed discovery schedule. If the parties cannot agree, each side shall include a separate schedule in the report.

2) The plaintiffs' response to the defendant's October 21, 2003 motion for partial summary judgment and cross-motion for summary judgment together with all other further briefing shall be filed in accordance with the rules of this court.

**IT IS SO ORDERED.**

**s/ Nancy B. Firestone**
NANCY B. FIRESTONE
Judge