**No. 03-1916C**
**(Filed: October 28, 2003)**

*** * * * * * * * * * * * * * * * ***

| | |
|---|---|
| | * |
| | * |
| **VALERO REFINING-TEXAS,** | * |
| **L.P., et al.,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |

*** * * * * * * * * * * * * * * * ***

**ORDER ON MOTION FOR LEAVE TO FILE PAPER APPENDIX**

Defendant's motion, filed October 21, 2003, for leave to file a paper appendix is **GRANTED**.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge