**No. 03-1916C**
**(Filed: November 19, 2003)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| | * |
| **VALERO REFINING-TEXAS,** | * |
| **L.P., et al.,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

**STATUS CONFERENCE ORDER**

The court hereby **SCHEDULES** a status conference for **Monday, November 24, 2003, at 2:00 p.m. eastern time**. Counsel for each party and agency counsel shall appear via telephone and unless otherwise notified shall be contacted at the following numbers: counsel for plaintiff 202-263-3000; counsel for defendant 202-616-2311; and agency counsel 703-767-5006.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge