IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VALERO REFINING-TEXAS, L.P., and DIAMOND SHAMROCK REFINING AND MARKETING COMPANY, and DIAMOND SHAMROCK REFINING COMPANY, L.P., and SUNBELT REFINING COMPANY, L.P., | ) | |
| Plaintiffs, | ) | No. 03-1916C (Judge Firestone) |
| vs. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, Plaintiffs, Valero Refining-Texas, L.P., Diamond Shamrock Refining and Marketing Company, Diamond Shamrock Refining Company, L.P., and Sunbelt Refining Company, L.P. (collectively "Valero"), respectfully request an enlargement of time of fourteen days, to and including December 5, 2003, within which to file their Opposition to Defendant's Motion for Partial Summary Judgment and Cross-Motion for Partial Summary Judgment. Valero's Opposition currently is due on November 21, 2003, and this is Valero's first request for an enlargement of time for this purpose. Defendant does not oppose this request.

The requested enlargement of time is needed to allow counsel for Valero both to respond fully to Defendant's summary judgment motion and prepare and incorporate in the same submission Valero's own cross-motion for summary judgment. Counsel for Valero believes that proceeding in this manner will be most efficient for the Court and the parties, as it will allow the parties to file briefs addressing the same issues in combined filings on a one-track briefing and

argument schedule. Plaintiffs also seek the additional time to prepare their opposition and cross-motion because of the complexity of the issues raised in Defendant's motion and the need to address and respond to the extensive documentary materials Defendant submitted with its motion.

For these reasons, Plaintiffs respectfully request that their motion be granted.

Respectfully submitted,

s/ J. Keith Burt

J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (Phone)
(202) 263-5208 (Fax)

Counsel for Plaintiffs
Valero Refining-Texas, L.P., Diamond Shamrock Refining and Marketing Company, Diamond Shamrock Refining Company, L.P., and Sunbelt Refining Company, L.P.

*Of Counsel:*

Monica A. Aquino
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006

Martin E. Loeber
Valero Energy Corporation
One Valero Place
San Antonio, TX 78212

November 19, 2003