**No. 03-1916C**
**(Filed: November 20, 2003)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| | * |
| **VALERO REFINING-TEXAS,** | * |
| **L.P., et al.,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

**ORDER ON MOTION FOR ENLARGEMENT OF TIME**

Plaintiffs' unopposed motion, filed November 19, 2003, for a 14-day enlargement of time, within which to file their opposition to defendant's motion for partial summary judgment and cross-motion for partial summary judgment is **GRANTED**. Accordingly, plaintiffs shall file their brief by **Wednesday, December 5, 2003**.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge