# In the United States Court of Federal Claims

**No. 03-1916C**
**(Filed: November 24, 2003)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| | * |
| **VALERO REFINING-TEXAS,** | * |
| **L.P., et al.,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

**ORDER STAYING CASE**

In light of the interlocutory appeals in Hermes Consol., Inc. v. United States, 2003 WL 22495861 and Tesoro Hawaii Corp. v United States, 58 Fed. Cl. 65 (2003), the court hereby **STAYS** this case, including any further briefing in relation to the defendant's motion for partial summary judgment.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge