# In the United States Court of Federal Claims

**No. 03-1916C**
**(Filed: November 24, 2003)**

*** * * * * * * * * * * * * * * * ***

| | |
|---|---|
| | * |
| | * |
| **VALERO REFINING-TEXAS, L.P., et al.,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |

*** * * * * * * * * * * * * * * * ***

## STATUS CONFERENCE ORDER

The court hereby **SCHEDULES** a status conference for **January 23, 2004, at 2:00 p.m. eastern time**. Counsel for each party and agency counsel shall appear via telephone and unless otherwise notified shall be contacted at the following numbers: counsel for plaintiff 202-263-3000; counsel for defendant 202-616-2311; and agency counsel 703-767-5006. Parties shall be ready to discuss the next steps in this case in light of the request for interlocutory appeals to the Federal Circuit in Hermes Consol., Inc. v. United States, 2003 WL 22495861 and Tesoro Hawaii Corp. v United States, 58 Fed. Cl. 65 (2003).

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge