# In the United States Court of Federal Claims

**No. 03-1916C**
**(Filed: January 23, 2004)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| **VALERO REFINING-TEXAS, L.P., et al.,** | * |
| **Plaintiffs,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * | |

**ORDER**

Pursuant to the status conference held on January 23, 2004, the court hereby **ORDERS** the parties to file a joint status report within **10 days** of the Federal Circuit's rulings on the petitions for permission to appeal in Hermes Consol., Inc. v. United States, 2003 WL 22495861 and Tesoro Hawaii Corp. v United States, 58 Fed. Cl. 65 (2003).

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge