IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VALERO REFINING-TEXAS, L.P., and DIAMOND SHAMROCK REFINING AND MARKETING COMPANY, and DIAMOND SHAMROCK REFINING COMPANY, L.P., and SUNBELT REFINING COMPANY, L.P., | ) | |
| Plaintiffs, | ) | No. 03-1916C (Judge Firestone) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's January 23, 2004 Order, Plaintiffs, Valero Refining-Texas, L.P., Diamond Shamrock Refining and Marketing Company, Diamond Shamrock Refining Company, L.P., and Sunbelt Refining Company, L.P., and Defendant, the United States, respectfully submit this Joint Status Report.

The Parties jointly request that the Court stay proceedings in this case. As the Court is aware, a Petition for Permission to Appeal has been filed before the United States Court of Appeals for the Federal Circuit in the similarly situated case of *Tesoro Hawaii Corporation, Tesoro Alaska Company, and Hermes Consolidated, Inc., d/b/a Wyoming Refining Company*, *v. The United States*, No. 04-5064 (Fed. Cir.). The Federal Circuit granted the petition on February 2, 2004. Because the pending appeal involves the same fundamental issues concerning the legality of DESC military fuel prices that are present in this case, the Parties request the Court stay proceedings in this case until the Federal Circuit's issuance of a decision in *Tesoro Hawaii.*

Respectfully submitted,

s/ J. Keith Burt
J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (Phone)
(202) 263-5308 (Fax)

Attorneys for Plaintiffs
Valero Refining-Texas, L.P., Diamond Shamrock Refining and Marketing Company, Diamond Shamrock Refining Company, L.P., and Sunbelt Refining Company, L.P

*Of Counsel*:

Monica A. Aquino
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006

Martin E. Loeber
Valero Energy Corporation
One Valero Place
San Antonio, TX 78212

Dated: February 13, 2004

PETER D. KEISLER
Assistant Attorney General

/s David M. Cohen
DAVID M. COHEN
Director

/s Steven J. Gillingham
STEVEN J. GILLINGHAM
Senior Trial Counsel
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 616-2311 (Phone)
(202) 353-7988 (Fax)

Attorneys for Defendant

*Of Counsel*:

BERNARD A. DUVAL
Counsel
HOWARD. M. KAUFER
Assistant Counsel
Office of General Counsel
Defense Energy Support Center
Fort Belvoir, VA 22060

Dated: February 13, 2004