# In the United States Court of Federal Claims

**No. 03-1916C**
**(Filed: February 18, 2004)**

* * * * * * * * * * * * * * * * *

| | |
|---|---|
| **VALERO REFINING-TEXAS, L.P., et al.,** | * |
| **Plaintiffs,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * *

**ORDER STAYING CASE**

The court is in receipt of the parties' joint status report, filed February 13, 2004, informing the court that the Federal Circuit granted the petition for permission to appeal. The parties request the court to stay above-captioned case until the Federal Circuit issues a decision in Tesoro Hawaii, et al. v. United States, No. 04-5064. Accordingly, the case is **STAYED**. The parties shall file a joint status report within 30 days of the Federal Circuit's decision in Tesoro Hawaii.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge