# In the United States Court of Federal Claims

**No. 03-1916C**
**(Filed: May 6, 2005)**

* * * * * * * * * * * * * * * * *
*
*
**VALERO REFINING-TEXAS,** *
**L.P., et al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**Order on Plaintiffs' Unopposed Motion to Partially Lift Stay for Purposes of Filing Amended Complaint**

Plaintiffs' unopposed motion, filed May 3, 2005, to partially lift the stay of proceedings to permit plaintiff to file an amended complaint is **GRANTED**. Accordingly, the stay of proceedings in partially lifted to allow plaintiff to file an amended complaint. For all other purposes, including defendant's response to the amended complaint, the case remains **STAYED**.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge Horn