# In the United States Court of Federal Claims

**No. 03-1916C**
**(Filed: May 10, 2005)**

*** * * * * * * * * * * * * * * * * ***

**VALERO REFINING-TEXAS, L.P., et al.,** *

**Plaintiffs,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *

*** * * * * * * * * * * * * * * * * ***

**ORDER**

The court is in receipt of the joint status report, filed on May 6, 2005 by plaintiff on behalf of the parties, indicating that plaintiffs-appellants in Tesoro Hawaii Corporation, et al. v. United States, No. 04-5064 (Fed. Cir. Apr. 26, 2005) intend to file a petition for rehearing *en banc* before the Federal Circuit. The parties' request that the above-captioned case remain stayed pending resolution of the petition for rehearing *en banc* in Tesoro. The parties' request is **GRANTED**. Accordingly, the case is **STAYED**. The parties shall file a joint status report within fourteen days of the issuance of the mandate in Tesoro.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge Horn