# In the United States Court of Federal Claims

**No. 03-1916C**
**(Filed: October 11, 2005)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| | * |
| **VALERO REFINING-TEXAS,** | * |
| **L.P., et al.,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

**ORDER**

The court hereby **SCHEDULES** a status conference for **Friday, October 21, 2005, at 10:30 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (202) 263-3208; counsel for defendant at (202) 616-2311.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge Horn