# In the United States Court of Federal Claims

**No. 03-1916C**
**(Filed: October 24, 2005)**

* * * * * * * * * * * * * * * * *

**VALERO REFINING-TEXAS, L.P., et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

Based on the October 21, 2005 telephonic status conference, the parties are directed to decide:

1) Which of the three cases before this court should be the subject of summary judgment briefing;

2) Whether the other cases should be stayed pending such briefing; and

3) What an appropriate schedule would be for the briefing.

The parties shall notify the court of their decisions on these issues by **Monday, October 31, 2005**.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge Horn