# In the United States Court of Federal Claims

**No. 03-1916C**
**(Filed: November 14, 2005)**

* * * * * * * * * * * * * * * * *

| | |
|---|---|
| **VALERO REFINING-TEXAS, L.P., et al.,** | * |
| **Plaintiffs,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * *

**ORDER**

In response to the court's October 24, 2005 order the parties have agreed to stay proceedings in the two legally-related Western Refining Co., L.P. v. United States, cases pending resolution of the summary judgment motion in the above-caption case. Defendant shall file a motion for summary judgment by **February 3, 2006.** Plaintiffs' response and defendant's reply shall be filed in accordance with the court rules.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge Horn