MAYER BROWN ROWE & MAW

Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101

Main Tel (202) 263-3000
Main Fax (202) 263-3300
www.mayerbrownrowe.com

**J. Keith Burt**
Direct Tel (202) 263-3208
Direct Fax (202) 263-5208
kburt@mayerbrownrowe.com

January 25, 2006

Steven J. Gillingham, Esq.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit - 8th Floor
1100 L Street, NW
Washington, DC 20530

Re: *Valero Refining - Texas, L.P., et al. v.* *United States*, No. 03-1916C (Fed. Cl.)

Dear Steve:

We write to confirm Defendant's consent, pursuant to RCFC 15(a), to Plaintiffs' filing of their Second Amended Complaint, as originally submitted to the Court together with the parties' September 12, 2005 Joint Status Report.

Because RCFC 15(a) requires "written consent of the adverse party," we ask that Defendant indicate its consent to Plaintiffs filing their Second Amended Complaint by endorsing this letter below and returning it to us for filing with the Court.

Please do not hesitate to contact us if you have any questions or if we may be of any assistance.

Sincerely,

J. Keith Burt

J. Keith Burt

Agreed this the 25 day of January, 2006:

Seven J. Gillingham,
Counsel of Record for Defendant