IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VALERO REFINING-TEXAS, L.P., And DIAMOND SHAMROCK REFINING AND MARKETING COMPANY, And DIAMOND SHAMROCK REFINING COMPANY, L.P., And SUNBELT REFINING COMPANY, L.P., Plaintiffs, v. THE UNITED STATES, Defendant. | ) | No. 03-1916C (Judge Firestone) |

**PLAINTIFFS' OPPOSITION TO DEFENDANT'S**
**MOTION FOR AN ENLARGEMENT OF TIME**

Plaintiffs, Valero Refining-Texas, L.P., Diamond Shamrock Refining and Marketing Company, Diamond Shamrock Refining Company, L.P., and Sunbelt Refining Company, L.P. (collectively "Valero"), respectfully submit their Opposition to Defendant's Motion for an Enlargement of Time. In its motion, Defendant seeks to enlarge the date for filing its motion to dismiss, a date Defendant itself proposed to the Court in the October 21, 2005 Status Conference. As proposed by Defendant, it was afforded nearly three and one-half months to prepare its motion before the current due date. Valero now knows from other similarly situated military fuel cases that Defendant is filing essentially the same motion in all of the military fuel cases, relying on the nearly identical evidence and the nearly identical declaration from the same individual. In

essence, only the name of the party is changed in each brief. The amount of effort required to prepare and file Defendant's standard form motion: a matter of hours. Defendant's motion is tantamount to an admission that, despite requesting nearly three and one-half months to file its motion, Defendant failed even to devote a few hours to its preparation since October 21, 2005. Defendant's request for an enlargement flaunts its own agreement with this Court, the Court's rules, and the "just, speedy, and inexpensive determination of every action." RCFC 1. Accordingly, Valero respectfully submits that Defendant's request for an enlargement is manifestly unreasonable and should be denied.

s/J. Keith Burt
J. Keith Burt
Mayer, Brown, Rowe & Maw, LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (Phone)
(202) 263-5308 (Fax)

Attorneys for Plaintiffs,
Valero Refining-Texas, L.P., Diamond Shamrock Refining and Marketing Company, Diamond Shamrock Refining Company, L.P., and Sunbelt Refining Company, L.P.

*Of Counsel:*

Monica A. Aquino
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006

Martin E. Loeber
Valero Energy Corporation
One Valero Place
San Antonio, TX 78212

Dated: February 3, 2006