# In the United States Court of Federal Claims

**No. 03-1916C**
**(Filed: February 9, 2006)**

* * * * * * * * * * * * * * * * * *
*
*
**VALERO REFINING-TEXAS, L.P., et al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * *

**ORDER**

The court is in receipt defendant's motion, filed February 2, 2006, for a seven-day enlargement of time to file its motion for summary judgment. Plaintiff filed its opposition on February 3, 2006. After careful consideration defendant's motion is **GRANTED**. Accordingly, defendant shall file its motion for summary judgment by **Friday, February 10, 2006**. Plaintiffs' response and defendant's reply shall be filed in accordance with the court rules.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge Horn