IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VALERO REFINING-TEXAS, L.P.,<br><br>And<br><br>DIAMOND SHAMROCK REFINING AND MARKETING COMPANY,<br><br>And<br><br>DIAMOND SHAMROCK REFINING COMPANY, L.P.,<br><br>And<br><br>SUNBELT REFINING COMPANY, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 03-1916C<br>(Judge Firestone) |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE APPENDIX BY HARD COPY**

Plaintiffs, Valero Refining-Texas, L.P., Diamond Shamrock Refining and Marketing Company, Diamond Shamrock Refining Company, L.P., and Sunbelt Refining Company, L.P. (collectively, "Valero"), hereby request leave to file the appendix to their Opposition to Defendant's Motion to Dismiss by hard copy rather than electronically. The Court granted such leave in the similarly situated cases of *El Paso Merchant Energy – Petroleum Company v. United States*, No. 02-1094C (Fed. Cl.), *Hermes Consolidated, Inc., doing business as Wyoming Refining Company v. United States*, No. 02-1460C (Fed. Cl.), and *Sunoco, Inc. v. United States*, No. 02-466C (Fed. Cl.), due to technical issues which precluded Plaintiffs there from electronically filing the appendix. These technical issues, which are also present in this case, derive from the size of the appendix, which exceeds 600 pages. Defendant does not oppose this

motion. Accordingly, Plaintiffs respectfully request that their Motion For Leave To File Appendix By Hard Copy be granted.

Respectfully submitted,

s/J. Keith Burt
J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (Phone)
(202) 263-5208 (Fax)

Attorneys for Plaintiffs,
Valero Refining-Texas, L.P., Diamond Shamrock Refining and Marketing Company, Diamond Shamrock Refining Company, L.P., and Sunbelt Refining Company, L.P.

*Of Counsel:*

Monica A. Aquino
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006

Martin E. Loeber
Valero Energy Corporation
One Valero Place
San Antonio, TX 78212

March 13, 2006