IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| VALERO REFINING-TEXAS, L.P.,<br><br>And<br><br>DIAMOND SHAMROCK REFINING AND MARKETING COMPANY,<br><br>And<br><br>DIAMOND SHAMROCK REFINING COMPANY, L.P.,<br><br>And<br><br>SUNBELT REFINING COMPANY, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 03-1916C<br>(Judge Firestone) |

**PLAINTIFFS' MOTION FOR AN ENLARGEMENT OF TIME OUT OF TIME**

Pursuant to RCFC 6.1, Plaintiffs, Valero Refining-Texas, L.P., Diamond Shamrock Refining and Marketing Company, Diamond Shamrock Refining Company, L.P., and Sunbelt Refining Company, L.P. (collectively, "Valero"), respectfully submit this Motion for an Enlargement of Time Out of Time. Valero requests an enlargement of time of one day, to and including March 14, 2006, within which to file its Opposition to Defendant's Motion to Dismiss and it supporting Proposed Findings of Fact.[1] This is Valero's first request for an enlargement of time for this purpose, and Defendant does not oppose this motion.

Valero unsuccessfully attempted to file its Opposition and Proposed Findings electronically on the evening of March 13, 2006, the original due date for the documents. However, the Court's CM/ECF system would not accept the documents for filing. Instead, the

[1] Valero is tendering its Opposition pursuant to a Motion for Leave to Exceed the Page Limitation.

CM/ECF system provided the following error message: "Error: document contains code which may cause an external action (such as launching an application). This PDF document cannot be accepted." Based on subsequent inquires with the Court's CM/ECF User Assistance Line, Valero believes that the URL listings cited as authorities in the documents were automatically establishing links to those URL listings and, therefore, the CM/ECF system would not accept the documents. Apparently, the establishment of such links is an automatic function in Microsoft Word. The function has now been disabled in the documents.

For the forgoing reasons, Valero respectfully requests that its Motion for an Enlargement of Time Out of Time be granted.

Respectfully submitted,

s/J. Keith Burt

J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (Phone)
(202) 263-5208 (Fax)

Attorneys for Plaintiffs
Valero Refining-Texas, L.P., Diamond Shamrock Refining and Marketing Company, Diamond Shamrock Refining Company, L.P., and Sunbelt Refining Company, L.P.

*Of Counsel:*

Monica A. Aquino
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006

Martin E. Loeber
Valero Energy Corporation
One Valero Place
San Antonio, TX 78212

March 14, 2006