# In the United States Court of Federal Claims

**No. 03-1916C**
**(Filed: March 16, 2006)**

*** * * * * * * * * * * * * * * * ***

**VALERO REFINING-TEXAS, L.P., et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

*** * * * * * * * * * * * * * * * ***

## ORDER ON MOTION FOR ENLARGEMENT OF TIME

Plaintiffs' motion, filed March 14, 2006, for a one-day enlargement of time to file their opposition to defendant's motion to dismiss is **GRANTED**.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge Horn