# In the United States Court of Federal Claims

**No. 03-1916C**
**(Filed: March 16, 2006)**

* * * * * * * * * * * * * * * * *
*
*
**VALERO REFINING-TEXAS, L.P., et al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER ON MOTION FOR LEAVE**

Plaintiffs' motion, filed March 14, 2006, for leave to exceed the page limitation, not to exceed 88 pages, of their opposition to defendant's motion to dismiss is **GRANTED**.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge Horn