# In the United States Court of Federal Claims

**No. 03-1916C**
**(Filed: March 16, 2006)**

* * * * * * * * * * * * * * * * *

**VALERO REFINING-TEXAS, L.P., et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**ORDER ON MOTION FOR LEAVE**

Plaintiffs' motion, filed March 13, 2006, for leave to file the appendix to their opposition to defendant's motion to dismiss by hard copy rather than electronically is **GRANTED**. Accordingly, plaintiffs shall file an original and one copy of appendix.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge Horn