IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VALERO REFINING-TEXAS, L.P., and DIAMOND SHAMROCK REFINING AND MARKETING COMPANY, and DIAMOND SHAMROCK REFINING COMPANY, L.P., and SUNBELT REFINING COMPANY, L.P., | ) | |
| Plaintiffs, | ) | No. 03-1916C (Judge Firestone) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to RCFC 6(b), defendant respectfully requests an enlargement of time of seven days, from March 31, 2006, to and including April 7, 2006, within which to file its reply to Valero's response to our motion for summary judgment, and our response to Valero's proposed findings of fact. This is our first enlargement for this purpose. Plaintiffs do not oppose this request.

Since we received plaintiffs' response to our motion, defendant's counsel has been diligently working on this case and others associated with it. In fact, we expect to file our response to Valero's RCFC 56(f) motion on time, and a preliminary draft of our reply to Valero's opposition brief. However, plaintiffs' brief is 88 pages in length, longer than other briefs filed by plaintiffs in the "jet-fuel litigation," pending before this Court. Accordingly, defendant wishes to take additional time to examine it. In addition, since receipt of Valero's brief, defendant's counsel has been required to devote his time to other matters pending before this Court, including: preparing and filing responses to an RCFC 56(f) motion, proposed findings and an opposition brief in Calcasieu v. United States, No. 02-1219C, and Conoco v. United

States, No. 02-1367C; and filing a motion for summary judgment in Tesoro v. United States, No. 02-704C. Defendant's counsel also took a prescheduled family vacation last week.

We require another week, because, during that time, defendant's counsel also must conduct an expert solicitation, which includes interviewing the experts, coordinating the selection with the affected agency, preparing a detailed memorandum recommending the selection, obtaining a budget, and negotiating a contract, in Phylway v. United States, No. 05-215C. Concluding this matter already has been delayed due to defendant's counsel virtually exclusive devotion of his time to this and other cases comprising the jet-fuel litigation. However, delaying this matter any longer affects our ability to meet our agreement to have the experts meet in that case in an effort to resolve that case and, barring that, conclude the necessary discovery. Discovery in that matter is presently scheduled to conclude on April 28, 2006.

Defendant's counsel also must prepare a mediation statement this week, in VT Halter v. United States, No. 05-369C. Providing that statement already has been delayed and delaying it further delays the parties' interest settling this case. The parties have tentatively agreed to meet in mid-April, another date that has been delayed, in part due to the fact that defendant counsel's was required to devote the majority of his time to the jet-fuel litigation.

For these reasons, defendant respectfully requests an enlargement of time of seven days, from March 31, 2006, to and including April 7, 2006, within which to file its reply to Valero's response to our motion for summary judgment, and our response to Valero's proposed findings of fact. This is our first enlargement for this purpose. Plaintiffs do not oppose this request.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director
Commercial Litigation Branch
Civil Division
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Department of Justice
Washington, D.C. 20530
Tele: (202) 616-2311
Fax: (202) 353-7988

OF COUNSEL:

DONALD S. TRACY
Trial Attorney
Defense Supply Center Richmond
Richmond, VA 23297

HOWARD M. KAUFER
Assistant Counsel
Office of Counsel
Defense Energy Support Center
Ft. Belvoir, VA

Attorneys for Defendant

March 30, 2006

CERTIFICATE OF FILING

I hereby certify that on March 30, 2006, a copy of the foregoing document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Steven J. Gillingham