IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VALERO REFINING-TEXAS, L.P., and DIAMOND SHAMROCK REFINING AND MARKETING COMPANY, and DIAMOND SHAMROCK REFINING COMPANY, L.P., and SUNBELT REFINING COMPANY, L.P., | ) | |
| Plaintiffs, | ) | No. 03-1916C (Judge Firestone) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT

Defendant respectfully requests leave to exceed the page limit for its response to Valero's opposition to our motion for summary judgment. Plaintiffs' counsel has informed us that plaintiffs do not object to this motion.

Pursuant to RCFC 5.2(b), our brief is limited to 20 pages. However, Valero has obtained leave to exceed the page limit for its opposition, and has filed an 88-page brief. The opposition is the first detailed statement of Valero's case, contains 12 enumerated arguments, and is accompanied by a voluminous appendix and 40 proposed findings of fact. We estimate that our brief will be approximately 46 pages.

For these reasons, defendant respectfully requests leave to exceed the page limit for its response to Valero's opposition to our motion for summary judgment.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director
Commercial Litigation Branch
Civil Division
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Department of Justice
Washington, D.C. 20530
Tele: (202) 616-2311
Fax: (202) 353-7988

OF COUNSEL:

DONALD S. TRACY
Trial Attorney
Defense Supply Center Richmond
Richmond, VA 23297

HOWARD M. KAUFER
Assistant Counsel
Office of Counsel
Defense Energy Support Center
Ft. Belvoir, VA

Attorneys for Defendant

March 30, 2006

CERTIFICATE OF FILING

I hereby certify that on March 30, 2006, a copy of the foregoing document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Steven J. Gillingham