# In the United States Court of Federal Claims

**No. 03-1916C**
**(Filed: April 4, 2006)**

| | |
|---|---|
| **VALERO REFINING-TEXAS, L.P., et al.,** | |
| **Plaintiffs,** | |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant.** | |

## ORDER

Defendant's unopposed motion, filed March 30, 2006, for a seven-day enlargement of time within which to file its reply in support of its motion for summary judgment is **GRANTED**. Accordingly, defendant shall file its reply by **Friday, April 7, 2006**.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge Horn