# In the United States Court of Federal Claims

**No. 03-1916C**
**(Filed: April 4, 2006)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| | * |
| **VALERO REFINING-TEXAS,** | * |
| **L.P., et al.,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

## ORDER

Defendant's motion, filed March 30, 3006, for leave to exceed by approximately 26 pages the page limit of its reply to plaintiffs' opposition to defendant's motion for summary judgment is **GRANTED**. Accordingly, defendant reply brief shall not exceed 50 pages.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge Horn