# In the United States Court of Federal Claims

**No. 03-1916C**
**(Filed: May 3, 2006)**

* * * * * * * * * * * * * * * * *

**VALERO REFINING-TEXAS, L.P., et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

The court is in receipt of the Plaintiffs' Motion under Rule 56(f) for a Continuance to Permit Discovery, the Defendant's response, and the Plaintiffs' reply. It is plain from the Defendant's pleadings that the Defendant believes that most counts of the Plaintiffs' amended complaint must be dismissed for failure to state a claim or on the ground that some claims are beyond this court's jurisdiction. In the alternative, the Defendant seeks summary judgment on the ground that the Plaintiffs' claims, if valid, are nonetheless barred by the defenses of waiver and estoppel.

Because discovery is plainly not required for resolution of the Defendant's motion to dismiss for failure to state a claim and for lack of jurisdiction, the court rules as follows:

1. The court will proceed with resolving the Defendant's motion to dismiss.

2. Following resolution of the motion to dismiss, the court will confer with the parties regarding final resolution of any remaining claims and will address,

at that time, the issue of discovery regarding the Defendant's motion for summary judgment.

3. The Plaintiffs' Motion under Rule 56(f) is **STAYED** pending the outcome of the Defendant's Motion to Dismiss.

**IT IS SO ORDERED.**

**s/ Nancy B. Firestone**
NANCY B. FIRESTONE
Judge