# In the United States Court of Federal Claims

**No. 03-1916C**
**(Filed: September 22, 2006)**

* * * * * * * * * * * * * * * * *

**VALERO REFINING-TEXAS, L.P., et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

In light of the recent decisions in La Gloria Oil and Gas Company v. United States, 2006 WL 2513065, Fed. Cl. (August 28, 2006) ("La Gloria Oil & Gas"), and ConocoPhillips v. United States, 2006 WL 2615554, Fed. Cl. (September 12, 2006) ("ConocoPhillps"), which address the same issues raised in the motions pending in this case, the court orders the following:

(1) This case shall be **STAYED** until **November 13, 2006**, in order to determine whether the plaintiffs in the other cases will appeal the decisions pursuant to Rule 4(a)(1)(B) of the Federal Rules of Appellate Procedure.

(2) If the plaintiffs in LaGloria Oil & Gas and ConocoPhillips do not appeal, the court will ask the plaintiff to file a brief addressing these decisions.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge