# In the United States Court of Federal Claims

**No. 03-1916C**
**(Filed: November 13, 2006)**

* * * * * * * * * * * * * * * * *

**VALERO REFINING-TEXAS, L.P., et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**ORDER**

In light of the plaintiffs' appeals of the decisions in La Gloria Oil and Gas Company v. United States, 72 Fed. Cl. 544 (2006), and ConocoPhillips v. United States, 2006 WL 2615554, Fed. Cl. (September 12, 2006), which address the same issues raised in the motions pending in this case, this case shall be **STAYED** pending resolution of these appeals by the United States Court of Appeals for the Federal Circuit. Within fourteen days following a ruling in either of these cases on appeal, the parties shall file a joint status report proposing the next steps for resolving this litigation.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge