IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VALERO REFINING-TEXAS, L.P., and<br><br>DIAMOND SHAMROCK REFINING AND MARKETING COMPANY, and<br><br>DIAMOND SHAMROCK REFINING COMPANY, L.P., and<br><br>SUNBELT REFINING COMPANY, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 03-1916C<br>(Judge Firestone) |

**NOTICE OF NAME CHANGE**

Please take notice that, effective August 31, 2007, the name of the law firm of counsel of record for Plaintiffs, Mayer, Brown, Rowe & Maw LLP, will be Mayer Brown LLP. The address remains the same. Kindly use the new firm name in documents after August 31, 2007.

Respectfully submitted,

s/ J. Keith Burt

J. KEITH BURT
Mayer, Brown, Rowe & Maw, LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (Phone)
(202) 263-5308 (Fax)

Attorneys for Plaintiffs,
Valero Refining-Texas, L.P., Diamond Shamrock Refining and Marketing Company, Diamond Shamrock Refining Company, L.P., and Sunbelt Refining Company, L.P.

*Of Counsel*:

Martin E. Loeber
Valero Energy Corporation
One Valero Place
San Antonio, TX 78249

August 16, 2007