IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VALERO REFINING-TEXAS, L.P., and<br><br>DIAMOND SHAMROCK REFINING AND MARKETING COMPANY, and<br><br>DIAMOND SHAMROCK REFINING COMPANY, L.P., and<br><br>SUNBELT REFINING COMPANY, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 03-1916C<br>(Judge Firestone) |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Plaintiffs, Valero Refining-Texas, L.P., Diamond Shamrock Refining and Marketing Company, Diamond Shamrock Refining Company, L.P., and Sunbelt Refining Company, L.P. (collectively "Valero"), on behalf of both Plaintiffs and Defendant, respectfully request an enlargement of time of seventeen days, to and including October 22, 2007, within which to file the Joint Status Report provided for in the Court's November 13, 2006 Order staying proceedings in this matter. This is Valero's first request for an enlargement of time for this purpose, and Defendant does not oppose this motion.

The Court's November 13, 2006 Order stayed this case pending resolution of appeals in the similarly situated cases of *ConocoPhillips v. United States*, No. 2007-5004 (Fed. Cir.), and *La Gloria Oil and Gas Company v. United States*, No. 2007-5010 (Fed. Cir.). On September 21, 2007, the United States Court of Appeals for the Federal Circuit issued a decision in those consolidated appeals. *ConocoPhillips v. United States*, Nos. 2007-5004, 2007-5010, 2007 U.S.

App. LEXIS 22508 (Fed. Cir. Sept. 21, 2007.) In addition, on September 28, 2007, the Federal Circuit issued a further decision in the similarly situated appeal of *Tesoro Hawaii Corp. v. United States*, No. 2007-5022, 2007 U.S. App. LEXIS 22887 (Fed. Cir. Sept. 28, 2007).

This Court's November 13, 2006 Order provided for the parties to file a Joint Status Report "proposing the next steps for resolving this litigation" within fourteen days of the Federal Circuit's ruling in *ConocoPhillips* or *La Gloria*. (Order of Nov. 13, 2006 at 1.) The parties request an enlargement of time of seventeen days to file the Joint Status Report in order to more fully evaluate the Federal Circuit's recent decisions in *ConocoPhillips*, *La Gloria* and *Tesoro* and, thereafter, to confer concerning how best to proceed in this matter. The parties believe that, with the enlargement of time, they will be better situated to assist the Court in determining how best to proceed with the case.

For the foregoing reasons, Valero respectfully requests that its motion for an enlargement of time be granted.

Respectfully submitted,

s/ J. Keith Burt
J. KEITH BURT
Mayer Brown LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (Phone)
(202) 263-5308 (Fax)

Attorneys for Plaintiffs,
Valero Refining-Texas, L.P., Diamond Shamrock Refining and Marketing Company, Diamond Shamrock Refining Company, L.P., and Sunbelt Refining Company, L.P.

*Of Counsel*:

Martin E. Loeber
Valero Energy Corporation
One Valero Place
San Antonio, TX 78249

October 3, 2007