# In the United States Court of Federal Claims

**No. 03-1916C**
**(Filed: October 4, 2007)**

* * * * * * * * * * * * * * * * * *
**VALERO REFINING-TEXAS, L.P., et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * *

**ORDER**

Plaintiffs' unopposed motion, filed October 3, 2007, for a seventeen day enlargement of time within which to file a joint status report proposing the next steps for resolving this litigation in light of the recent Federal Circuit's rulings in ConocoPhillips, La Gloria, and Tesoro is **GRANTED**. Accordingly, the parties shall file a joint status report by **Monday, October 22, 2007**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge