IN THE UNITED STATES COURT OF FEDERAL CLAIMS

VALERO REFINING-TEXAS, L.P., and )
)
DIAMOND SHAMROCK REFINING AND )
MARKETING COMPANY, and )
)
DIAMOND SHAMROCK REFINING )
COMPANY, L.P., and )
)
SUNBELT REFINING COMPANY, L.P., ) No. 03-1916C
) (Judge Firestone)
Plaintiffs, )
)
v. )
)
THE UNITED STATES, )
)
Defendant. )

**JOINT STATUS REPORT**

Plaintiffs, Valero Refining-Texas, L.P., Diamond Shamrock Refining and Marketing Company, Diamond Shamrock Refining Company, L.P., and Sunbelt Refining Company, L.P. (collectively "Valero"), on behalf of both Plaintiffs and Defendant, respectfully submits this Joint Status Report. Pursuant to the ruling of the United States Court of Appeals for the Federal Circuit in *ConocoPhillips v. United States*, No. 2007-5004 (Fed. Cir. Sept. 21, 2007), the parties here are pursuing settlement discussions and are optimistic that this matter can be settled without the need for further proceedings. Accordingly, the parties request that the stay of proceedings be continued for an additional thirty days to permit the parties to continue settlement discussions.

The parties propose to file an additional Joint Status Report in thirty days in the event that this matter is not settled before that time.

Respectfully submitted,

s/ J. Keith Burt
J. KEITH BURT
Mayer Brown LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (Phone)
(202) 263-5208 (Fax)

Attorneys for Plaintiffs,
Valero Refining-Texas, L.P., Diamond Shamrock Refining and Marketing Company, Diamond Shamrock Refining Company, L.P., and Sunbelt Refining Company, L.P.

*Of Counsel*:

Martin E. Loeber
Valero Energy Corporation
One Valero Place
San Antonio, TX 78249

October 22, 2007