IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VALERO REFINING-TEXAS, L.P., and<br><br>DIAMOND SHAMROCK REFINING AND MARKETING COMPANY, and<br><br>DIAMOND SHAMROCK REFINING COMPANY, L.P., and<br><br>SUNBELT REFINING COMPANY, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 03-1916C<br>(Judge Firestone) |

**JOINT STATUS REPORT**

Plaintiffs, Valero Refining-Texas, L.P., Diamond Shamrock Refining and Marketing Company, Diamond Shamrock Refining Company, L.P., and Sunbelt Refining Company, L.P. (collectively "Valero"), on behalf of both Plaintiffs and Defendant, respectfully submits this Joint Status Report. In the parties' October 22, 2007 Joint Status Report, they stated that, pursuant to the ruling of the United States Court of Appeals for the Federal Circuit in *ConocoPhillips v. United States*, No. 2007-5004 (Fed. Cir. Sept. 21, 2007), they were pursuing settlement discussions and were optimistic that this matter could be settled without the need for further proceedings. Following submission of the parties' October 22, 2007 Joint Status Report, the parties have diligently pursued settlement discussions; however, because settlement of this matter is being pursued as part of a broader settlement of approximately 20 other similarly situated cases, the parties require more time to complete settlement discussions. Accordingly, the parties request that the stay of proceedings be continued for an additional thirty days to

permit the parties to continue settlement discussions. The parties propose to file another Joint Status Report in thirty days in the event that this matter is not settled before that time.

Respectfully submitted,

s/ J. Keith Burt
J. KEITH BURT
Mayer Brown LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (Phone)
(202) 263-5208 (Fax)

Attorneys for Plaintiffs,
Valero Refining-Texas, L.P., Diamond Shamrock Refining and Marketing Company, Diamond Shamrock Refining Company, L.P., and Sunbelt Refining Company, L.P.

*Of Counsel*:

Martin E. Loeber
Valero Energy Corporation
One Valero Place
San Antonio, TX 78249

November 26, 2007