# In the United States Court of Federal Claims

**No. 03-1916C**
**(Filed: November 27, 2007)**

* * * * * * * * * * * * * * * * *

**VALERO REFINING-TEXAS, L.P., et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**ORDER**

The court is in receipt of the parties joint status report, filed November 26, 2007, indicating that in light of the Federal Circuit's ruling in ConocoPhillips v. United States, No. 2007-5004 (Fed. Cir. Sept. 21, 2007), the parties are pursuing settlement discussions and request that the case remain stayed. Accordingly, the above-captioned case remains **STAYED**. The parties shall file a joint status report indicating the progress made towards a final resolution by **Friday, January 4, 2008**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge