IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VALERO REFINING-TEXAS, L.P., and<br><br>DIAMOND SHAMROCK REFINING AND MARKETING COMPANY, and<br><br>DIAMOND SHAMROCK REFINING COMPANY, L.P., and<br><br>SUNBELT REFINING COMPANY, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 03-1916C<br>(Judge Firestone) |

**JOINT STIPULATION FOR DISMISSAL**

Pursuant to RCFC 41(a)(1)(ii), Plaintiffs, Valero Refining-Texas, L.P., Diamond Shamrock Refining and Marketing Company, Diamond Shamrock Refining Company, L.P., and Sunbelt Refining Company, L.P., and Defendant, the United States, jointly stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and attorney fees.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

J. KEITH BURT
Mayer Brown LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (Phone)
(202) 263-5208 (Fax)

Attorneys for Plaintiffs,
Valero Refining-Texas, L.P., Diamond Shamrock Refining and Marketing Company, Diamond Shamrock Refining Company, L.P., and Sunbelt Refining Company, L.P.

Dated: 12/20/07

STEVEN J. GILLINGHAM
Assistant Director
Attn: Classification Unit
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W., 8th Floor
Washington, DC 20530
Tel: 202-616-2311
Fax: 202-353-7988

*Of Counsel:*

HOWARD M. KAUFER
Assistant Counsel
Defense Energy Support Center

DONALD S. TRACY
Aviation Supply Chain Counsel
Defense Supply Center Richmond

Attorneys for the United States

Dated: DEC 19 2007